UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Cynthia Santiago, Administrator of the Estate of Kevante Washington, | : : : | |
| | : | No. 2:24-cv-05133 |
| Plaintiff, | : : | |
| v. | : : | |
| United States of America, | : : | |
| Defendant. | : | |

**STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT**

Pursuant to Local Civil Rule 7.4, plaintiff and defendant stipulate as follows:

1.  On September 25, 2024, plaintiff Cynthia Santiago, the administrator of the estate of her son, Kevante Washington, initiated this civil action against the United States. *See* ECF No. 1.

2.  On the same date, she filed an amended complaint, ECF No. 2, which asserts one "negligence and wrongful death" claim under the Federal Tort Claims Act (FTCA). The claim asserts that, among other things, employees of the Federal Detention Center – Philadelphia, where Washington was imprisoned, negligently failed to protect Washington from another inmate, Robert Smith, and failed to timely render medical aid to Washington after he was assaulted by Smith, allegedly resulting in Washington's death. *See generally* ECF No. 2.

3.  On October 15, 2024, the United States Attorney's Office for the Eastern District of Pennsylvania accepted service of the amended complaint. *See* ECF No. 5. The government's response to the amended complaint is thus currently due on December 16, 2024. Fed. R. Civ. P. 12(a)(2).

4.	To allow for the parties to continue their discussions of this matter and to engage in the Court's pre-motion to dismiss conference procedures, if necessary, and in light of the winter holidays, the parties have agreed to a 30-day extension of the government's time to respond to the amended complaint, to January 15, 2024.

5.	Pursuant to Local Civil Rule 5.1.2, counsel for the parties consent to the submission of this stipulation with their electronic signatures below.

So stipulated:

|  | JACQUELINE C. ROMERO<br>UNITED STATES ATTORNEY |
|---|---|
| _/s/ Clifford B. Cohn_<br>EMEKA IGWE<br>The Igwe Firm<br>1500 JFK Boulevard, Suite 1900<br>Philadelphia, PA 19102<br>(215) 278-9898<br>emeka@igwefirm.com<br><br>Clifford B. Cohn<br>Kenneth D. Albert<br>COHN & ASSOCIATES<br>1650 Market Street, 55th Floor<br>Philadelphia, PA 19103<br>(215) 545-9660<br>cbcohn@cbcohn.com<br>kalbert@cbcohn.com<br><br>*Counsel for Plaintiff*<br><br>Dated: December 6, 2024 | _/s/ Rebecca S. Melley_<br>REBECCA S. MELLEY<br>ALFRED J. VOGT<br>Assistant United States Attorneys<br>615 Chestnut Street, Suite 1250<br>Philadelphia, PA 19106<br>(215) 861-8328/8416<br>rebecca.melley@usdoj.gov<br>alfred.vogt@usdoj.gov<br><br>*Counsel for Defendant*<br><br>Dated: December 6, 2024 |

BY THE COURT:

_____
HONORABLE MITCHELL S. GOLDBERG
*Chief Judge, United States District Court*