IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CYNTHIA SANTIAGO, Administrator of** **The Estate of Kevante Washington** | : : : | CIVIL ACTION |
| Plaintiff, | : : | |
| v. | : : | NO. 24-5133 |
| **UNITED STATES OF AMERICA,** | : : | |
| Defendant. | : | |

### ORDER

**AND NOW,** this 3rd day of November, 2025, upon consideration of Plaintiff's Motion to Vacate Paragraph 9 of the Stipulation Dated April 29, 2025 and Approved by the Court on May 30, 2025 ("Motion") (ECF No. 22), and the responses thereto, it is hereby **ORDERED**, that the Motion is **DENIED**.[1] Plaintiff shall file her Amended Complaint consistent with the Stipulation to Extend the Stay of the Action (ECF No. 18).

BY THE COURT:

_____
Hon. Mia R. Perez

---

[1] A memorandum opinion to follow.