**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CYNTHIA SANTIAGO, Administrator of the Estate of Kevante Washington,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| v. | : | |
| **UNITED STATES OF AMERICA,** | : | **NO. 24-5133** |
| Defendant. | : | |

**ORDER**

**AND NOW,** this 19th day of August, 2026, upon consideration of Defendant's Motion to Dismiss the Second Amended Complaint (the "Motion") (ECF No. 30), and the responses thereto, it is hereby **ORDERED** that the Motion is **GRANTED in part and DENIED in part** as follows**:**

1. The Wrongful Death Claim in Count II of the Second Amended Complaint is **DISMISSED without prejudice**;
2. The Motion is **DENIED without prejudice** with respect to Count I; and
3. The Motion is **DENIED** with respect to the Survival Claim in Count II of the Second Amended Complaint. The Court reads the survival claim and the negligence claim together as one claim for negligence brought under the Survival Act, 42 Pa. C.S. § 8302.

BY THE COURT:

[signature]

Hon. Mia R. Perez